UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CNS ASSETS CORPORATION, | Case No.: 2:25-cv-01656-APG-MDC |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., | |
| Defendant | |

I ORDER that defendant Associates Industries Insurance Company, Inc.'s certificate of interested parties (ECF No. 13) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by that rule. Instead, it identifies the citizenship of an interested party. Associates Industries Insurance Company, Inc. must identify its own citizenship so I may determine if complete diversity exists to support diversity jurisdiction in this case.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by January 29, 2026.

DATED this 9th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE